IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BURCHETT,  )
   )    2:11-cv-00696-GEB-DAD
        Plaintiff,  )
   )
    v.  )    ORDER CONTINUING STATUS
   )    (PRETRIAL SCHEDULING)
LIFE INSURANCE COMPANY OF NORTH  )    CONFERENCE
AMERICA, APPLE COMPUTER, INC.,  )
   )
        Defendants.[1]  )
_____  )

The Joint Status Report filed July 1, 2011 ("JSR") reveals this case is not ready to be scheduled since Defendants state in the JSR that they "anticipate[] filing a motion for partial summary judgment to establish ERISA preemption of Plaintiff's 'breach of agreement' claim against Apple . . . by August 15, 2011," and that the ruling on ERISA preemption will affect the parties discovery and further scheduling. (ECF No. 2:20-22, 3:5-7, 3:20-21, 4:11-12.)

Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on July 18, 2011 is continued to November 28, 2011 at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

---

[1] The caption has been amended according to Plaintiff's dismissal of CIGNA Group Insurance and the Doe Defendants. See ECF No. 9.

1

Further, Defendants' referenced motion for partial summary judgment shall be filed no later than August 15, 2011, and noticed for hearing on September 12, 2011.

Lastly, since Plaintiff states in the JSR that "the Doe defendants may be dismissed," Does 1 - 100 are dismissed. Id. at 2:6-7.

IT IS SO ORDERED.

Dated: July 11, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2