IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BURCHETT,  )
                                  )   2:11-cv-00696-GEB-DAD
      Plaintiff,  )
                                  )
     v.  )   ORDER RE: SETTLEMENT AND
                                  )   DISPOSITION
LIFE INSURANCE COMPANY OF NORTH  )
AMERICA,  )
                                  )
      Defendant.  )
_____)

         Defendant filed a "Notice of Settlement" on September 20, 2012, in which it states: "the parties hereto have reached an agreement to resolve this action in its entirety." (ECF No. 38.) Defendant further states that it anticipates a dispositional document will be filed "within 30 days." Id.

         Therefore, a dispositional document shall be filed no later than October 22, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1  Further, in light of the referenced settlement, the parties'
2 pending cross-motions for judgment under Federal Rule of Civil Procedure
3 52 (ECF Nos. 28, 31) are deemed withdrawn.
4  IT IS SO ORDERED.
5 Dated: September 20, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge