IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES BURCHETT, | ) | |
| | ) | 2:11-cv-00696-GEB-DAD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: SETTLEMENT AND |
| | ) | DISPOSITION |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      Defendant filed a "Notice of Settlement" on September 20, 2012, in which it states: "the parties hereto have reached an agreement to resolve this action in its entirety." (ECF No. 38.) Defendant further states that it anticipates a dispositional document will be filed "within 30 days." Id.

      Therefore, a dispositional document shall be filed no later than October 22, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

Further, in light of the referenced settlement, the parties' pending cross-motions for judgment under Federal Rule of Civil Procedure 52 (ECF Nos. 28, 31) are deemed withdrawn.

IT IS SO ORDERED.

Dated: September 20, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge