IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BURCHETT,  )
                                         )   2:11-cv-00696-GEB-DAD
        Plaintiff,  )
                                         )
    v.  )   <u>ORDER OF DISMISSAL</u>
                                         )
LIFE INSURANCE COMPANY OF NORTH )
AMERICA,  )
                                         )
        Defendant.  )
_____ )

        Defendant filed a Notice of Settlement on September 20, 2012, in which it stated, "the parties hereto have reached an agreement to resolve this action in its entirety[,]" and that it anticipated a dispositional document would be filed "within 30 days." (ECF No. 38.) Therefore, an "Order Re Settlement and Disposition" was filed on September 21, 2012, which directed the parties to file a dispositional document no later than October 22, 2012. (ECF No. 39.) The September 21st Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. <u>Id.</u>

        Since no dispositional document has been filed, and the parties have not provided any reason for the continued pendency of this action, this action is dismissed without prejudice.

        IT IS SO ORDERED.

Dated: October 23, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28